THE NEW JERSEY SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, A BODY POLITIC, BY CAPTAIN FRANK TOMASULO, PLAINTIFF-APPELLANT, v. THE BOARD OF EDUCATION OF THE CITY OF EAST ORANGE, A BODY POLITIC, DEFENDANT-RESPONDENT, AND NEW JERSEY SCIENCE TEACHERS ASSOCIATION, A NON-PROFIT CORP. OF THE STATE OF NEW JERSEY, AND NATIONAL SOCIETY FOR MEDICAL RESEARCH, INC., A NON-PROFIT CORP. OF THE STATE OF MINNESOTA, DEFENDANTS IN INTERVENTION - RESPONDENTS.

Argued March 6, 1967—Decided March 20, 1967.

*Mr. Sam Weiss* argued the cause for the appellant (*Mr. Nicholas Martini,* attorney).

*Mr. Frank L. Bate* and *Mr. Edward Stanton* argued the cause for the respondents (*Messrs. Shanley & Fisher,* attorneys; *Mr. Raymond W. Young,* on the brief).

PER CURIAM. The judgment is affirmed for the reasons expressed by Judge Barrett in the Essex County Court.

*For affirmance* — Chief Justice WEINTRAUB and Justices JACOBS, PROCTOR, HALL, SCHETTINO and HANEMAN — 6.

*For reversal* — None.